IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 12–cv–00196–MSK–KMT

ESTATE OF MATTHEW L. HERRERA, By and Through Gilbert Herrera and Vanessa Burghardt as Co-Personal Representatives of the Estate of Matthew L. Herrera,
GILBERT HERRERA, Individually,
VANESSA BURGHARDT, Individually,
AMANDA DAVIS, As Natural Parent and Next Friend of ELI L. DAVIS, and
MELINDA GUADALUPE LEYVA, As Natural Parent and Next Friend of DAMIAN M. LEYVA,

    Plaintiffs,

v.

TOWN OF PLATTEVILLE, Plateville, Colorado,
PLATTEVILLE POLICE DEPARTMENT,
PLATTEVILLE, COLORADO OFFICER JAMES D. TORREZ, In His Individual and Official Capacity, and
CHIEF ELIAS RODRIGUEZ, In His Individual and Official Capacity,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

The court's prior Minute Order (Doc. No. 12, filed Feb. 28, 2012) is WITHDRAWN and Plaintiff's "Unopposed Motion for Leave to File Second Amended Complaint" (Doc. No. 10, filed Feb. 27, 2012) is GRANTED. In entering its prior Minute Order, which directs Defendants to file a response to Plaintiff's Motion no later than March 2, 2012 indicating Defendants' consent in writing to Plaintiffs' Motion (Doc. No. 12), the court overlooked Exhibit I to Plaintiff's Motion, which demonstrates that Defendants' counsel indeed consents to the filing of Plaintiff's proposed Second Amended Complaint. Accordingly, Plaintiff's Motion is properly granted pursuant to Fed. R. Civ. P. 15(a)(2). The clerk of court is directed to file Plaintiff's Second Amended Complaint and Jury Demand (Doc. No. 10-2.)

Dated: February 28, 2012